# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

IN THE INTEREST OF: L. M., A MINOR     :    No. 68 MM 2016

                                                  :

                                                  :

PETITION OF: T.L., MOTHER           :

## ORDER

**PER CURIAM**

     **AND NOW**, this 8th day of June, 2016, the Application for an Exercise of Either King's Bench Power or Extraordinary Jurisdiction is **DENIED**.